**Carol Sue PERKINS, as personal representative of the Estate of Harry Glenn Perkins, deceased, Plaintiff–Appellant,**

v.

**SANDALS RESORTS INTERNATIONAL, LTD., a foreign Corporation, d.b.a. Sandals Royal Bahamin Resorts and Spa, Unique Vacations, Inc., a Florida corporation, d.b.a. Sandals Resorts, Inc., Defendants–Appellees,**

**PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS, Defendant.**

No. 04–14139.
D.C. Docket No. 04–20271 CV–PAS.

United States Court of Appeals, Eleventh Circuit.

June 13, 2005.

Joel S. Perwin, Miami, FL, for Plaintiff–Appellant.

Natalie J. Carlos, Adorno & Yoss, P.A., Miami, FL, David B. Newman, Sonnenschein Nath & Rosenthal, New York, NY, for Defendants–Appellees.

Before DUBINA and WILSON, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM.

Appellant/Plaintiff appeals the district court's grant of summary judgment in favor of Appellees/Defendants, Sandals Resorts International, Ltd. and Unique Vacations, Inc., in this negligence action.

We review *de novo* a district court's grant of summary judgment. *Gerling Global Reinsurance Corp. of America v. Gallagher*, 267 F.3d 1228, 1233–34 (11th Cir.2001).

After reviewing the record, reading the parties briefs and having the benefit of oral argument, we affirm the district court's grant of summary judgment based on its well-reasoned order filed on July 15, 2004.

AFFIRMED.

* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.